IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

| | |
|---|---|
| **BICYCLE TECHNOLOGIES INTERNATIONAL, LTD.,**<br><br>      Plaintiff,<br><br>v.<br><br>**MARKEL AMERICAN INSURANCE COMPANY AND EVANSTON INSURANCE COMPANY,**<br><br>      Defendants. | **Civil Action No. 1:19-cv-00778<br>Honorable David A. Faber** |

## STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL

On this day came the Plaintiff, by counsel, George A. Halkias, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules Of Civil Procedure*, and files this Stipulation of Plaintiff's Voluntary Dismissal of the within styled civil action. Pursuant to Rule 41(a)(1)(B) this dismissal is without prejudice.

As set forth in 41(a)(1)(A)(ii) of the Federal Rules Of Civil Procedure this Stipulation of Plaintiff's Voluntary Dismissal is signed and agreed to by all parties who have appeared.

Dated this 21st day of February, 2020.

Reviewed and Agreed to by:

/s/ *Barbara J. Keefer*
Barbara J. Keefer (WVSB #1979)
Brent K. Kesner (WVSB #2022)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV   25329
*Phone:* (304) 345-5200
bkeefer@kesnerlaw.com
bkesner@kesnerlaw.com
*Defendants by Counsel*

/s/ *George A. Halkias w/perm.*
George A. Halkias (WVSB #6323)
Law Offices of Khan & Skeens
Nationwide Trial Division
BB&T Square
300 Summers Street, Suite 1460
Charleston, WV  25301
*Phone:* (304) 346-2272
halkig1@nationwide.com
*Counsel for Plaintiff*

33142/446